UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>A. LEYVA, *et al.*,<br><br>                    Defendants. | No.  1:20-cv-00561-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 15.) |

      Plaintiff Rogelio May Ruiz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 4, 2020, following a *de novo* review of the case, the undersigned adopted the assigned magistrate judge's April 21, 2020 findings and recommendations and ordered plaintiff to pay the required filing fee in full within 21 days in order to proceed with this action.  (Doc. No. 14.)  The court also warned plaintiff that failure to pay the filing fee would result in dismissal of this action.  (*Id.* at 3).

      More than twenty-one (21) days have now passed since this court's June 4, 2020 order, and plaintiff still has not paid the required filing fee.  Instead, he has renewed his motion to proceed *in forma pauperis* and requested the appointment of counsel on his behalf.  (Doc. No. 15).  In his motion, plaintiff argues that he moved for reconsideration in two of the cases that the court counted as "strikes," and that the court should thus permit him to proceed *in forma*

*pauperis*. (*Id.* at 1.) A review of the dockets in plaintiff's prior cases that were dismissed and counted as "strikes" reveals that plaintiff moved for reconsideration in *Ruiz v. Curry*, 1:17-cv-01407-DAD-SKO (PC) (E.D. Cal. Feb. 25, 2019), and in the appeal from the dismissal order, *Ruiz v. Curry*, No. 19-16456 (9th Cir. Nov. 22, 2019). Both of plaintiff's motions for reconsideration were denied however, leaving all three "strikes" in place. Plaintiff has thus presented no basis for this court to grant his renewed motion to proceed *in forma pauperis*.

Accordingly:

1. This action is dismissed without prejudice due to plaintiff's failure to comply with a court order, his failure to prosecute this action, and his failure to pay the required filing fee;

2. Plaintiff's motion to proceed *in forma pauperis* and request for an attorney (Doc. No. 15) is denied;

3. The Clerk of Court is directed to close this action; and

4. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated:   **July 14, 2020**                     _____
                                                UNITED STATES DISTRICT JUDGE

2